AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

``                                    DISTRICT OF                          CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,

  v.             **APPEARANCE**

OSCAR MOISES RAMIREZ,
    Defendant.    Case Number: 08MJ1322

To the Clerk of this court and all parties of record:

  Enter my appearance as counsel in this case for

  OSCAR MOISES RAMIREZ

  I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/1/2008 | /s/ JOSEPH McMULLEN |
| Date | Signature |
| | Joseph McMullen / Federal Defenders of SD  246757 |
| | Print Name              Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City    State    Zip Code |
| | (619) 234-8467   (619) 687-2666 |
| | Phone Number         Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

| | |
|---|---|
| Dated: May 1, 2008 | ____/s/ Joseph McMullen_____ |
| | JOSEPH McMULLEN |
| | Federal Defenders of San Diego, Inc. |
| | 225 Broadway, Suite 900 |
| | San Diego, CA 92101-5030 |
| | (619) 234-8467  (tel) |
| | (619) 687-2666  (fax) |
| | e-mail: Joseph_McMullen@fd.org |