1  MICHAEL LITTMAN
   CA State Bar # 120625
2  105 West "F" St., 4th Flr.
   San Diego, CA 92101
3  (619) 236-1030

4  Attorney for Defendant
   BRUNO DE JESUS LOPEZ-PEDROZA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. M. James Lorenz)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08-CR-1457-03-L |
| ) | |
| Plaintiff, ) | **NOTICE OF MOTIONS AND** |
| ) | **MOTIONS TO COMPEL** |
| v. ) | **DISCOVERY AND FOR LEAVE** |
| ) | **TO FILE FURTHER MOTIONS** |
| BRUNO DE JESUS LOPEZ-PEDROZA, ) | |
| ) | DATE: June 9, 2008 |
| Defendant. ) | TIME: 2:00 p.m.. |
| _____ ) | |

To:   KAREN P. HEWITT, United States Attorney, and
      CARLOS ARGUELLO, Assistant United States Attorney

   PLEASE TAKE NOTICE that as soon as counsel may be heard, the accused, BRUNO DE JESUS LOPEZ-PEDROZA, by and through his attorney of record, Michael Littman, will ask this Court to enter an order granting his motions to compel discovery and for leave to file further motions.

   These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

                                               Respectfully submitted,

DATED: May 27, 2008                            s/Michael Littman
                                               Attorney for BRUNO DE JESUS
                                               LOPEZ-PEDROZA