1  MICHAEL LITTMAN
   CA State Bar # 120625
2  105 West "F" St., 4th Flr.
   San Diego, CA 92101
3  (619) 236-1030

4  Attorney for Defendant
   BRUNO DE JESUS LOPEZ-PEDROZA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. M. James Lorenz)

| UNITED STATES OF AMERICA, | ) | Case No. 08-CR-1457-L |
|---|---|---|
| Plaintiff, | ) | **JOINT MOTION TO CONTINUE MOTION HEARING** |
| v. | ) | |
| OSCAR MOISES RAMIREZ, et al. | ) | |
| Defendants. | ) | |

THE PARTIES HEREBY STIPULATE AND JOINTLY MOVE THE COURT, by and between the parties, Carlos Arguello, counsel for the United States; Joseph McMullen, counsel for defendant OSCAR MOISES RAMIREZ; Russell Babcock, counsel for CLAUDIA CALDERON-MORALES; and Michael Littman, counsel for defendant BRUNO DE JESUS LOPEZ-PEDROZA, for an order vacating the currently scheduled motion hearing of June 9, 2008, and continuing it to June 23, 2008 at 2:00 p.m. The parties believe it would be in the interest of justice to continue the motion hearing in this matter in order to further discuss this matter which may result in a resolution of the case without trial.

Therefore, the parties jointly request and agree as follows:

1. The motion hearing for all defendants shall be continued from June 9, 2008 at 2:00 p.m. to June 23, 2008 at 2:00 p.m.

1  2.   The time is excludable pursuant to the Speedy Trial Act.

2  3.   Claudia Calderon-Morales and Bruno De Jesus Lopez-Pedroza are in custody and

3  Oscar Moises Ramirez is out of custody on bond. All defendants consent to the

4  continuance.

5  So stipulated and moved.

7  DATED: June 5, 2008              s/ Michael Littman
                                    Attorney for Defendant
8                                   STEVE ROMEO

9                                   s/ Joseph McMullen
                                    Attorney for Defendant
10                                  OSCAR MOISES RAMIREZ

11                                  s/ Russell Babcock
                                    Attorney for Defendant
12                                  CLAUDIA CALDERON-MORALES

13                                  Karen P. Hewitt
                                    United States Attorney
14

15                                  s/ Carlos Arguello
                                    Assistant U.S.Attorney
16                                  Attorney for Plaintiff