UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. M. James Lorenz)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08-CR-1457-L |
| ) | |
| Plaintiff, ) | **ORDER GRANTING JOINT** |
| ) | **MOTION TO CONTINUE** |
| ) | **MOTION HEARING** |
| v. ) | |
| ) | |
| OSCAR MOISES RAMIREZ, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Motion Hearings in the above-entitled matter shall be continued from June 9, 2008 at 2:00 p.m. to June 23, 2008 at 2:00 p.m..

**IT IS FURTHER ORDERED** that time is excluded pursuant to the Speedy Trial Act.

**IT IS SO ORDERED.**

DATED: June 6, 2008

M. James Lorenz
United States District Court Judge